**Opinion issued August 27, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00284-CV

———————————

**ARJCAR, L.L.C., CHRISTINA RIVERA, AND ARMANDO RIVERA, JR.,
Appellants**

**V.**

**MATTHEW MCKENZIE, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Case No. 1204418**

---

## MEMORANDUM OPINION

Appellants ARJCAR, L.L.C., Christina Rivera, and Armando Rivera, Jr. filed

a notice of appeal from the trial court's March 7, 2024 final judgment. Appellants

have neither paid the required fees nor established indigence for purposes of costs.

*See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§

51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On May 3, 2024, appellants were notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by June 3, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellants did not adequately respond.

Further, appellants have not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On May 7, 2024, appellants were notified that this appeal was subject to dismissal if appellants did not submit written evidence that they had paid or made arrangements to pay the fee for the preparation of the clerk's record by June 6, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellants did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Guerra, and Farris.